UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SALLY DRIESSEN, | CV No.: 3:20-cv-01640-JR |
| Plaintiff. | ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $6,000.00 for attorney fees pursuant to 42 U.S.C. § 406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. § 406(d) and pay Plaintiff's counsel the balance from Plaintiff's withheld past-due benefits.

IT IS SO ORDERED this 9th day of September, 2022.

    /s/ Jolie A. Russo
JOLIE A. RUSSO
United States Magistrate Judge

PRESENTED BY:
Robyn M. Rebers OSB#034309
Attorney for Plaintiff